UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL PAPER COMPANY,

                    Plaintiff,

v.

GEORGIA-PACIFIC CONSUMER PRODUCTS LP,
FORT JAMES CORPORATION, GEORGIA-PACIFIC
LLC, NCR CORPORATION,
and WEYERHAEUSER COMPANY,

                    Defendants.

Civil Action No.: 1:18-cv-1229

**ORDER STAYING TIME TO ANSWER COMPLAINT, CROSS-CLAIMS AND COUNTERCLAIM PENDING APPEAL**

      Having considered the parties' Stipulation,

      **IT IS ORDERED** that, effective immediately, all deadlines in the above-captioned proceeding, including the time to answer or move in response to Plaintiff's complaint and Defendant-Weyerhaeuser's cross-claims and counterclaim, are stayed pending issuance of a mandate after final adjudication of the appellate proceedings in *Georgia-Pacific Consumer Products LP et al. v. NCR Corporation, et al.*, Case No. 1:11-cv-00483 (RJJ).

      Following issuance of the mandate, (a) Defendant NCR Corporation shall have thirty (30) days to answer or otherwise move in response to the Complaint in the IP Action; (b) Plaintiff shall have thirty (30) days to answer or move in response to Defendant Weyerhaeuser Company's Counterclaim; (c) Plaintiff shall have thirty (30) days to answer or move in response to Defendants Georgia-Pacific Consumer Products LP, Fort James

Corporation and Georgia-Pacific LLC's Counterclaim; (d) Defendants Georgia-Pacific Consumer Products LP, Fort James Corporation, Georgia-Pacific LLC and NCR Corporation shall have thirty (30) days to answer or move in response to Defendant Weyerhaeuser Company's Cross-Claims; (e) Defendants NCR Corporation and Weyerhaeuser Company shall have thirty (30) days to answer or move in response to Defendants Georgia-Pacific Consumer Products LP, Fort James Corporation and Georgia-Pacific LLC's Cross-Claims.

**IT IS SO ORDERED.**

Dated: November 26, 2018

/s/ Robert J. Jonker
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE