IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL PAPER COMPANY ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No: 1:18-cv-1229 |
| v. ) | |
| ) | |
| GEORGIA-PACIFIC CONSUMER ) | |
| PRODUCTS LP, FORT JAMES ) | |
| CORPORATION, GEORGIA-PACIFIC ) | |
| LLC, NCR CORPORATION, ) | |
| and WEYERHAEUSER COMPANY, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER STAYING TIME TO ANSWER COMPLAINT, CROSS-CLAIMS AND COUNTERCLAIM PENDING APPEAL

Having considered the Joint Motion filed by Plaintiff International Paper Company and Defendants Georgia-Pacific Consumer Products LP, Fort James Corporation, Georgia-Pacific LLC, and Weyerhaeuser Company,

**IT IS ORDERED** that, effective immediately, all deadlines in the above-captioned proceeding, including the time to answer or move in response to Plaintiff's complaint and Defendant-Weyerhaeuser's cross-claims and counterclaim, are stayed pending final adjudication in the Supreme Court of the United States of *Georgia-Pacific Consumer Products LP et al. v. NCR Corporation, et al.*, Case No. 1:11-cv-00483 (RJJ) (the "GP v. NCR Action").

Following transmittal of the Supreme Court's certified copy of judgment in the GP v. NCR Action, (a) Defendant NCR Corporation shall have thirty (30) days to answer or otherwise move in response to the Complaint in this Action; (b) Plaintiff shall have thirty (30) days to answer or move in response to Defendant Weyerhaeuser Company's Counterclaim; (c) Plaintiff

shall have thirty (30) days to answer or move in response to Defendants Georgia-Pacific Consumer Products LP, Fort James Corporation and Georgia-Pacific LLC's Counterclaim; (d) Defendants Georgia-Pacific Consumer Products LP, Fort James Corporation, Georgia-Pacific LLC and NCR Corporation shall have thirty (30) days to answer or move in response to Defendant Weyerhaeuser Company's Cross-Claims; (e) Defendants NCR Corporation and Weyerhaeuser Company shall have thirty (30) days to answer or move in response to Defendants Georgia-Pacific Consumer Products LP, Fort James Corporation and Georgia-Pacific LLC's Cross-Claims.

**IT IS SO ORDERED.**

Dated:  August 10, 2022                    /s/ Robert J. Jonker
                                           Robert J. Jonker
                                           United States District Judge