UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA-PACIFIC CONSUMER
PRODUCTS LP, FORT JAMES
CORPORATION and GEORGIA-PACIFIC LLC,

    Plaintiffs,

v.

NCR CORPORATION, INTERNATIONAL
PAPER CO. and WEYERHAEUSER CO.,

    Defendants.
_____/

CASE NO. 1:11-cv-483

HON. ROBERT J. JONKER

## ORDER

The parties provided a Joint Status Report to the Court following remand from the Sixth Circuit Court of Appeals. The parties agree that no further trial or discovery is necessary, and that the Court should enter final judgment consistent with the Sixth Circuit mandate. In their Report, the parties propose a briefing schedule regarding the scope and form of a final judgment as it pertains to all parties but NCR Corporation. NCR Corporation has entered into a Consent Decree with the U.S. EPA, and the parties expect to reach agreement on the form of a final judgment without the need for briefing. The proposed briefing schedule (ECF No. 986) is approved.

As the parties believe a final judgment in this case will affect the currently stayed related case of *International Paper Company v. Georgia-Pacific Consumer Products LP*, case no. 1:18-cv-1229, that case shall remain stayed.

Dated: November 16, 2023       /s/ Robert J. Jonker
                                                 ROBERT J. JONKER
                                                 UNITED STATES DISTRICT JUDGE